IRENE K. YESOWITCH  State Bar #111575
JOHN B. HOOK  State Bar #26743
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

*iyesowitch@longlevit.com / jhook@longlevit.com*

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, and DOES 1 through 100, inclusive,<br><br>          Defendants. | CASE No. C 10-01472-CW<br><br>[Honorable Claudia Wilken]<br><br>**STIPULATION AND ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT ORDER DEADLINES**<br><br>Action Filed:      April 7, 2010 |

Plaintiff EVANSTON INSURANCE COMPANY and Defendant AMERICAN SAFETY INDEMNITY COMPANY, by and through their counsel, hereby stipulate to and request a continuance of deadlines in the Court's Minute Order and Case Management Order filed August 3, 2010 in this action.  This request is based on the following:

1.     The Court's ruling is presently pending on the partial summary judgment and summary judgment motions of Plaintiff and Defendant, which motions were taken under submission by the Court per the Clerk's Notice filed December 1, 2010.

2.     Case Management Order deadlines are scheduled in February 2011.  Disclosure of identities and reports of expert witnesses is due February 1, 2011, and fact discovery and expert

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C 10-01472 CW

STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT ORDER DEADLINES

1  discovery are due to be completed by February 28, 2011.  The second round of case-dispositive
2  motions, if necessary, is set to be heard on March 31, 2011, which is also the date for the next
3  Case Management Conference.
4      3.   The parties are unable to commence fact and expert discovery until after receiving
5  the Court's ruling on the summary judgment motions.  Upon receiving the ruling, the parties will
6  then be in a position to proceed with discovery.
7      **SO STIPULATED.**
8  Dated: January ____, 2011          LONG & LEVIT LLP

10                                    By _____
11                                       JOHN B. HOOK
                                         Attorneys for Plaintiff
12                                       EVANSTON INSURANCE COMPANY

13  Dated: January ____, 2011          BLAU & ASSOCIATES, P.C.

16                                    By _____
                                         RON L. NELSON
                                         Attorneys for Defendant
17                                       AMERICAN SAFETY INDEMNITY
                                         COMPANY

19                                    **ORDER**
20      The parties having stipulated thereto,
21      IT IS HEREBY ORDERED that the current deadlines in the Case Management Order are
22  hereby canceled and new deadlines will be reset after the Court rules on the partial summary
23  judgment and summary judgment motions of the parties.

24  DATED: **January 24, 2011**

27                                    _____
                                      HONORABLE CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

28  DOCS\S6560-058\585438.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                    Case No. C 10-01472 CW
STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT ORDER DEADLINES